IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN ZENONE                                                                                           PLAINTIFF

v.                                              No. 4:02CV00800 GH

ALLTEL CORPORATION D/B/A ALLTEL
INFORMATION SERVICES, INC., ET AL.                                              DEFENDANTS

## ORDER

Pending before the Court is defendant's February 28th motion to file supplemental brief to clarify the issues and citing a case which it contends is very similar. Attached to the motion is a copy of the proposed supplemental brief.

Plaintiff opposes the motion that defendant could have included the citation to a 1994 case at the time of the initial brief. He further states that his request for the Court to consider ongoing additional medical treatment was denied and so defendant's request should be the same. Plaintiff continues that the argument now that plaintiff was not disabled at the time of the termination of his employment is not the factual representation in the Administrative Record and defendant should have properly investigated the nature of the injury and disability at that time. He also states that his position is augmented by the decision of the Social Security Administration granting disability and the record does not truly reflect the amount of time he spent off work due to various medical treatments and his medical condition.

The Court is persuaded that the supplemental brief should be considered filed and the Court will take the arguments contained in the supplemental brief and in the response in opposition into

-1-

account in resolving this matter. The Court further notes that plaintiff just recently filed a motion to remand. Plaintiff will be free to file a reply on the remand issue after defendant files its response.

Accordingly, defendant's February 28th motion (#25) to file supplemental brief is granted and the Court will consider that supplemental brief that is attached to the motion as an exhibit without the necessity of a separate filing.

IT IS SO ORDERED this 26th day of September, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE